UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARCIA R. MEOLI, )<br>　　　　Plaintiff, )<br>) No. 1:12-cv-1113<br>-v- )<br>) HONORABLE PAUL L. MALONEY<br>HUNTINGTON NATIONAL BANK, )<br>　　　　Defendant. )<br>_____) | |

## JUDGMENT

This Court has adopted the Report and Recommendation issued by the Bankruptcy Judge, which resolves all pending matters in this civil action. As recommended by the Bankruptcy Judge, and adopted by this Court, Huntington Bank is liable to the bankruptcy estate of Teleservices Group, Inc. for $71,833,628.81. Furthermore, the estate is awarded prejudgment interest on all transfers Huntington Bank received from Teleservices Group, Inc. after April 30, 2004, which will be calculated at the post-judgment interest rate identified in 28 U.S.C. § 1961. The Bankruptcy Trustee is awarded costs of $32,403.57 (*see* ECF No. 19), which accounts for costs accrued through November 13, 2012.

　　**THIS ACTION IS TERMINATED.**

　　**IT IS SO ORDERED.**


Date:　September 28, 2015　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge